22 F.3d 302
 Liberty Mutual Insurance
v.
Trusio (George J.), 1716X, as a Partner Trading and d/b/a
G.J. Trusio Trucking v. Slne (Robert H., Esq.), Fayette Bank
and Trust Company, Rischitelli Rothers, Inc., Couch
Trucking, Hopwood Enterprises, Laurel Rigging, Inc., Little
Trucking, First Bank National Association, Integra Bank
South, Mellon Bank of Masontown, First Federal Savings &
Loan Association of Green County, Bernstein and Bernstein, P.C.
 NO. 93-3361
 United States Court of Appeals,
Third Circuit.
 Mar 16, 1994
 
 Appeal From: W.D.Pa.,
 Standish, J.
 
 
 1
 AFFIRMED.